FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-22-00742-CR

**EX PARTE** Gustavo **VELAZQUEZ-CRUZ**

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,803
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

At this time, the clerk's and the reporter's records have been submitted. Appellant now has the opportunity to brief its issue. *See* TEX. R. APP. P. 31.1(b). Appellant's brief is due within thirty days of this order. Appellee's brief will be due thirty days after Appellant's brief has been filed. Appellant's reply brief will be due twenty days after Appellee's brief is filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court